102 A.3d 1252

Adonious WOOLARD, Petitioner

v.

COURT OF COMMON PLEAS, COUNTY OF PHILADELPHIA, et al.; Attorney General Office, Commonwealth of Pennsylvania, et al.; Superior Court of Pennsylvania, et al., Respondents.

No. 136 EM 2014.

Supreme Court of Pennsylvania.

Nov. 6, 2014.

## ORDER

PER CURIAM.

AND NOW, this 6th day of November, 2014, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED**. *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.